September 25, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ANDRIUKAITIS-WOODLANDS MEDICAL OFFICE, I, LLC; BARCUS WOODLANDS MEDICAL OFFICE I, LLC; BEHNKEN WOODLANDS MEDICAL OFFICE I, LLC; BEUTEL WOODLANDS MEDICAL OFFICE I, LLC; BOYER WOODLANDS MEDICAL OFFICE I, LLC; CRANE WOODLANDS MEDICAL OFFICE I, LLC; CHRISTENSEN WOODLANDS MEDICAL OFFICE I, LLC; COMSTOCK WOODLANDS MEDICAL OFFICE I, LLC; DOWTY WOODLANDS MEDICAL OFFICE I, LLC; DULING WOODLANDS MEDICAL OFFICE I, LLC; EDBERG WOODLANDS MEDICAL OFFICE I, LLC; HABERER WOODLANDS MEDICAL OFFICE I, LLC; HASHEK WOODLANDS MEDICAL OFFICE I, LLC; HILL WOODLANDS MEDICAL OFFICE I, LLC; HILL G & M WOODLANDS MEDICAL OFFICE I, LLC; KESSLER WOODLANDS MEDICAL OFFICE I, LLC; KUHLMAN WOODLANDS MEDICAL OFFICE I, LLC; LEASK WOODLANDS MEDICAL OFFICE I, LLC; LOVELADY WOODLANDS MEDICAL OFFICE I, LLC; OLSON WOODLANDS MEDICAL OFFICE I, LLC; ROHRBACHER WOODLANDS MEDICAL OFFICE I, LLC; SKINNER WOODLANDS MEDICAL OFFICE I, LLC; TIC WOODLANDS MEDICAL, LLC; TRASKIEWICZ WEBB WOODLANDS MEDICAL OFFICE I, LLC; URMOSSY WOODLANDS MEDICAL OFFICE I, LLC; Y. SUN

WOODLANDS MEDICAL OFFICE I, LLC; AND H. CHEN WOODLANDS MEDICAL OFFICE I, LLC, Appellants

NO. 14-13-00612-CV V.

WOODLANDS-NORTH HOUSTON HEART CENTER, PA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Woodlands-North Houston Heart Center, PA, signed June 21, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Andriukaitis-Woodlands Medical Office, I, LLC; Barcus Woodlands Medical Office I, LLC; Behnken Woodlands Medical Office I, LLC; Beutel Woodlands Medical Office I, LLC; Boyer Woodlands Medical Office I, LLC; Crane Woodlands Medical Office I, LLC; Christensen Woodlands Medical Office I, LLC; Comstock Woodlands Medical Office I, LLC; Dowty Woodlands Medical Office I, LLC; Duling Woodlands Medical Office I, LLC; Edberg Woodlands Medical Office I, LLC; Haberer Woodlands Medical Office I, LLC; Hashek Woodlands Medical Office I, LLC; Hill Woodlands Medical Office I, LLC; Hill G & M Woodlands Medical Office I, LLC; Kessler Woodlands Medical Office I, LLC; Kuhlman Woodlands Medical Office I, LLC; Leask Woodlands Medical Office I, LLC; Lovelady Woodlands Medical Office I, LLC; Olson Woodlands Medical Office I, LLC; Rohrbacher Woodlands Medical Office I, LLC; Skinner Woodlands Medical Office I, LLC; TIC Woodlands Medical, LLC; Traskiewicz Webb Woodlands Medical Office I, LLC; Urmossy Woodlands Medical Office I, LLC; Y. Sun Woodlands Medical Office I, LLC; and H. Chen Woodlands Medical Office I, LLC, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.